UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANE THEISEN,

        Plaintiff,                   Case No. 20-cv-11965

                                     Paul D. Borman
v.                                      United States District Judge

AEY CAPITAL, LLC,

        Defendant.
_____/

## ORDER OF DISMISSAL

On January 13, 2021, a Stipulation of Dismissal was entered stating that "All claims of the Plaintiff, Dane Theisen, individually, are hereby dismissed with prejudice, with each party to bear their own fees and costs."(ECF No. 15) Accordingly, it is ORDERED that the above matter is DISMISSED with prejudice and with each party to bear their own fees and costs.

       SO ORDERED.

Dated: January 13, 2021                         s/Paul D. Borman
                                                      Paul D. Borman
                                                        United States District Judge